McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANI DIANE JOHNSON,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. 2:05-CV-00431-GEB-CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO MARCH 15, 2006 |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of February 13, 2006, by thirty days, to the new response date of March 15, 2006.  The extension is needed due to conflicting workload requirements at the Office of the General Counsel,  Region IX, which prevent counsel for Defendant from preparing the Commissioner's response to Plaintiff's motion for summary judgment by the current deadline .
     This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

1

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: February 3, 2006         */s/ Bess M. Brewer*
                                DAVID M. SHORE

                                Attorney for Plaintiff

DATED: February 3, 2006         McGREGOR W. SCOTT
                                United States Attorney

                           By:  */s/ Bobbie J. Montoya*
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                                Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

JOHN C. CUSKER
Assistant Regional Counsel

United States Social Security Administration

RE:     STEPHANI DIANE JOHNSON v. JO ANNE B. BARNHART, Case No. 2:05-CV-00431-GEB-CMK, STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANI DIANE JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-00431-GEB-CMK<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties, electronically filed *February 3, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

Defendant shall file her response on or before March 15, 2006.

SO ORDERED.

DATED:  February 6, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE